# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DARNELLE BORDELON ARCENEAUX                    NO.   2021 CW 1340

VERSUS

BRYAN DAVID ARCENEAUX                          **JANUARY 21, 2022**

---

In Re:    Darnelle Bordelon Arceneaux, applying for supervisory
          writs,  17th  Judicial  District  Court,  Parish  of
          Lafourche, No. 135,630 c/w 137,974.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                          JMG
                          GH
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT